580

Submitted November 16, 1976. Emil R. Pecori, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1118

Commonwealth v. Burk, Appellant.

Submitted September 13, 1976. Henry S. Perkin, Assistant Public Defender, for appellant; Lynn H. Cole, Assistant District Attorney, and George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1119

Commonwealth v. Burkett, Appellant.

Submitted March 1, 1976. William F. Kaminski, Assistant Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.